

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 2:17-CR-00320-UA-1 |
| KENNY HERMAN NOLASCO, DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of <u>defendant</u>, IT IS ORDERED that a detention hearing is set for <u>August 16</u>, <u>2017</u>, at <u>4:30</u> ☐a.m. / ☒p.m. before the Honorable <u>Karen L. Stevenson</u>, in Courtroom <u>341</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: August 14, 2017

U.S. District Judge/Magistrate Judge